CLARENCE A. LEGG, Respondent, v. JOHN JACOB ATWATER and RICHARD A. O'BRIEN, Appellants, Impleaded with Another, Defendant.— Orders unanimously reversed, with twenty dollars costs and disbursements, and the motion granted without condition. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

HENRY B. STAPLER, Respondent, v. JOHN JACOB ATWATER, RICHARD A. O'BRIEN and THE LIFE UNDERWRITERS ASSOCIATION OF THE CITY OF NEW YORK, INCORPORATED, Appellants.— Orders unanimously reversed, with twenty dollars costs and disbursements, the motion of plaintiff to open default and vacate judgment denied, and the motions of defendants to dismiss complaint granted without condition. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

JACOB GINSBERG, Respondent, v. STONEWALL REALTY CORP., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

BLANCHE MARQUIS, Respondent, v. LEONARD J. MARQUIS and VICTOR M. CORTES, Individually, etc., Appellants.— Order unanimously modified so as to provide that defendants may plead the Statute of Limitations, and, as so modified, affirmed, without costs. (See *Dietz* v. *Harris*, 221 App. Div. 581.) Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

CHARLES B. SAXON, INC., Appellant, v. BOARD OF EDUCATION OF UNION FREE SCHOOL, DISTRICT No. 1, TOWN OF CATSKILL, N. Y., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and·Cohn, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of RAPHAEL SCHULUM and SAMUEL DRIBBEN, as Executors, etc., of HENRIETTA SCHULUM, Deceased. FLORA B. LA GRUA, Petitioner, Appellant; RAPHAEL SCHULUM and SAMUEL DRIBBEN, as Executors, etc., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley Glennon, Untermyer and Cohn, JJ.

JOSEPH J. ROSEN, Respondent, v. H. LINDSAY HOLCOMB and JOHN SPRINGTHORPE, Copartners, etc., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Assignment for the Benefit of Creditors of C. G. EWALD SUPPLY CO., INC., Assignor, to SAMUEL M. SHACK, Assignee, Respondent. WHOLESALE RADIO EQUIPMENT CO., Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.; Cohn, J., dissents and votes to affirm.

In the Matter of the Application of ISIDORE JACOBSON, Appellant, for an Order under Article 78 of the Civil Practice Act, against RUSSEL FORBES, as Commissioner of Purchase of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.